UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Katey Salazar,

               Plaintiff,                      1: 15 Civ. 1989 ( KBF )

      v.

Officer Adriano Deleon,
               Defendant(s).
-------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 22 2016
```

## NOTE FROM JURY

### PLEASE PRINT

Message: See attached request for testimony. (1 page)
[circled: last?]

Print Name: Michael Kantor
Sign Name: [signature]
Date: 7/19
Time: 4:55 pm

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 1
RECEIVED ON: July, 19, 2016
TIME RECEIVED: 4:45 [ ] a.m. / [✓] p.m.

We'd like to see the testimony from Denise Negron regarding whether Katey Salazar backed up at the policeman's request.

We'd also like to see Katey Salazar's testimony regarding the same thing, the order to disperse.