IF YOU ANSWERED "YES" TO QUESTION 6,
YOU MUST ALSO ANSWER QUESTION 9.

## COMPENSATORY DAMAGES (CONT'D)

9. Did Plaintiff prove by a preponderance of the credible evidence that she suffered actual compensatory damages as a result of being denied a right to a fair criminal trial due to the fabrication of material evidence?

    YES ✓    NO ____

    a. If you answered "Yes" to Question 9, state the dollar amount of any actual compensatory damages Plaintiff has proven that she sustained that were proximately caused as a result of being denied a right to a fair criminal trial.

        $ 10,000

    b. What part of that amount, if any, is included also in any amount you determined in answering Question 8?

        $ _____

    c. If you answered "No" to Question 9, state that amount of nominal damages to be awarded to the Plaintiff not to exceed one dollar:

        $ _____

Court Exhibit 5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 22 2016

[signatures]

7/20/16