15cv 1989 (KBF)

## PUNITIVE DAMAGES
### (TO BE ANSWERED ONLY IF YOU ANSWERED YES
### TO QUESTION 5 OR 6)

10. Did Plaintiff prove by a preponderance of the credible evidence that she is entitled to punitive damages against defendant?

YES  ✓   NO _____

If you answered "yes" to question 10, please indicate in the space provided the amount of punitive damages as to the defendant:

$ _150,000_____

Court Exhibit __6__
7/20/16

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 2 2 2016

7/20/16

Frank a DiPalato

Katherine *[signature]*

*[signature]* Supplause

*[signature]*

*[signature]*

*[signature]*

John Wimell

*[signature]*